# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR TAGLE, SR.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 80551

**FILED**

FEB 1 9 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

In this original pro se petition for a writ of mandamus, petitioner seeks dismissal of charges he claims were "made under false arrest."

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b).

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth*

20-06777



*Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.

_____ Pickering _____, C.J.
Pickering

_____ Hardesty _____, J.      _____ Cadish _____, J.
Hardesty                                         Cadish

cc:    Victor Tagle, Sr.
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk